263 So.2d 905

**STATE of Louisiana ex rel. Leon ROBBINS and Jimmie Tillman**

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52640.

July 11, 1972.

Writ denied. The showing made does not warrant the exercise of this Court's supervisory jurisdiction.

263 So.2d 906

**STATE of Louisiana ex rel. Leon ROBBINS and Jimmie Lee Tillman**

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52648.

July 11, 1972.

Writ denied. The showing made does not warrant the exercise of this Court's supervisory jurisdiction.

263 So.2d 906

**STATE of Louisiana**

v.

**Carlos Armando FLORES.**
No. 52646.

July 11, 1972.

ORDER

Considering defendant's application to this court and the showing made:

*It is ordered* that a writ be granted and that the Judge of Section C of the Criminal District Court of the Parish of Orleans is ordered to set aside the sentence previously imposed and to resentence the defendant in conformity to Article 884 of the Louisi-